IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASMINE HILL,<br>　　Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 25-CV-3826 |
| PHILADELPHIA HOUSING<br>AUTHORITY, *et al.*,<br>　　Defendants. | : : : | |

## ORDER

AND NOW, this 14th day of October, 2025, upon consideration of Plaintiff Jasmine Hill's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to update Hill's address to reflect that she currently resides at: 5533 Jane Street, Philadelphia PA, 19138.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**HON. MIA R. PEREZ**